# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>Shontique Barnes | )<br>)<br>)  Case No: 2:8cr089-1<br>)<br>)  USM No: <br>)<br>)  Ruth Leibesman, Esq<br>)  Defendant's Attorney |
| Date of Original Judgment: 05/06/2008<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___87___ months **is reduced to** ___70___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___05/06/2008___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___02/14/2011___

*Judge's Signature*

Effective Date: _____
*(if different from order date)*

Dennis M. Cavanaugh, U.S.D.J.
*Printed name and title*